ALBANY,<br>August, 1809.<br><br>Nichols<br>v.<br>Hewit.

Judgment reversed.

---

## NICHOLS *against* HEWIT.

IN error on *certiorari*, from a justice's court.

After the parties had appeared in the suit below, and were ready to proceed to trial, they agreed to submit the cause to the arbitrament of the justice and another person; and that their award should be final, and conclusive, and that the justice should enter a judgment for the sum awarded.

A confession of judgment must be for a certain and specific sum. A judgment entered by a justice, on the confession of a party, for such sum as A. and B. should award, before the award was declared, is bad.

After the arbitrators had agreed on the balance due to *Hewit*, of 11 cents, but before the same was made known, the justice asked the parties, whether a judgment should be entered, agreeably to the award, to which they agreed, and the justice thereupon entered a judgment for the sum of 11 cents, in favour of *Hewit*, and for the costs.

*Shepherd*, for the plaintiff in error.
*Crary*, contra.

*Per Curiam.* The defendant below confessed judgment for the amount of an award, before it was published; and then the justice declared it to be in favour of the

defendant in error, for 11 cents, and entered judgment, accordingly. A confession of judgment ought to be for a certain and specified sum. The justice had no power to enter judgment, on a *cognovit* for an uncertain and unliquidated amount. The judgment must be reversed.

Judgment reversed.